HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANTHONY DAVID CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY DAVID CRESPO,<br><br>        Defendant. | Case No. 2:15-cr-044 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  May 28, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Anthony David Crespo, that the status conference scheduled for April 23, 2015 be vacated and continued to May 28, 2015 at 9:30 a.m.

The reason for the continuance is to allow defense counsel to consult further with her client about discovery and to continue with defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 28, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | | |
|---|---|---|
| 1 | DATED: April 17, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Noa Oren* |
| | | NOA OREN |
| 5 | | Assistant Federal Defender |
| | | Attorney for |
| 6 | | ANTHONY DAVID CRESPO |
| 7 | | |
| | DATED: April 17, 2015 | BENJAMIN WAGNER |
| 8 | | United States Attorney |
| 9 | | *ns|
| | | */s/ Justin Lee* |
| 10 | | JUSTIN LEE |
| | | Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

1  DATED: April 17, 2015        Respectfully submitted,

2                               HEATHER E. WILLIAMS
3                               Federal Defender

4                               */s/ Noa Oren*
                                NOA OREN
5                               Assistant Federal Defender
                                Attorney for
6                               ANTHONY DAVID CRESPO

7  DATED: April 17, 2015        BENJAMIN WAGNER
8                               United States Attorney

9                               */s/ Justin Lee*
                                JUSTIN LEE
10                              Assistant U.S. Attorney
11                              Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 28, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 23, 2015 status conference shall be continued until May 28, 2015, at 9:30 a.m.

DATED: April 17, 2015

Troy L. Nunley
United States District Judge