HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANTHONY DAVID CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-044 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| ANTHONY DAVID CRESPO, | ) ) | Date: October 15, 2015 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Anthony David Crespo, that the status conference scheduled for August 27, 2015 be vacated and continued to October 15, 2015 at 9:30 a.m.

The reasons for the continuance are that defense counsel is waiting on additional documentation related to the case and she will need more time to consult further with her client about discovery and to continue with defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 15, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order                          -1-                  *United States v. Crespo, 2:*15-cr-044 TLN

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: August 18, 2015                    Respectfully submitted,

4                                            HEATHER E. WILLIAMS
                                              Federal Defender
5

6                                            */s/ Noa Oren*
                                              NOA OREN
7                                             Assistant Federal Defender
                                              Attorney for
8                                             ANTHONY DAVID CRESPO

9
    DATED: August 18, 2015                    BENJAMIN WAGNER
10                                            United States Attorney

11                                            */s/ Justin Lee*
                                              JUSTIN LEE
12                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
13

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 15, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 27, 2015 status conference shall be continued until October 15, 2015, at 9:30 a.m.

DATED: August 18, 2015

Troy L. Nunley
United States District Judge