HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANTHONY DAVID CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-044 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) |
| ANTHONY DAVID CRESPO, | ) Date: April 22, 2016 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Anthony David Crespo, that the status conference scheduled for April 22, 2016 be vacated and continued to June 17, 2016 at 9:00 a.m.

The reasons for the continuance are that defense requires more time to consult further with her client and to continue with defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 17, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 18, 2016          Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Noa Oren*
                                                  NOA OREN
                                                  Assistant Federal Defender
                                                  Attorney for
                                                  ANTHONY DAVID CRESPO

DATED: April 18, 2015          BENJAMIN WAGNER
                                                  United States Attorney

                                                  */s/ Justin Lee*
                                                  JUSTIN LEE
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 17, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 22, 2016 status conference shall be continued until June 17, 2016, at 9:00 a.m.

Dated:  April 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge