HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY D. CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00044-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | |
| ANTHONY D. CRESPO, | Date: May 12, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Anthony David Crespo, that the briefing schedule, be continued. The new schedule will be as follows:

| | |
|---|---|
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 7/14/17 |
| Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 7/28/17 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/4/17 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/11/17 |

| | |
|---|---|
| Reply or Statement of No Opposition | 8/18/17 |
| Judgment and Sentencing Date: | 8/25/17 |

The parties agree that a continuance provides enough time for defense counsel to receive and review mitigating information and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. Given scheduling conflicts, the parties agree August 25, 2017 provides the best next day for the sentencing hearing. Probation is aware of this stipulation and agrees with the request.

                                       Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: March 2, 2017                    */s/ Noa E. Oren*
                                       NOA E. OREN
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ANTHONY D. CRESPO

Date: March 2, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ Justin Lee*
                                       JUSTIN LEE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Specifically, the Court orders the draft Pre-Sentence Report be disclosed on July 14, 2017, any informal objections due on July 28, 2017, the final Pre-Sentence Report disclosed on August 4, 2017, any formal objections due on August 11, 2017, any replies due on August 18, 2017, and the sentencing hearing reset for August 25, 2017 at 9:00 a.m. before Judge Garland E. Burrell.

IT IS SO ORDERED.

Dated:  March 2, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge