```
1   PHILLIP A. TALBERT
    United States Attorney
2   JUSTIN L. LEE
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00044-GEB |
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |
| v. | |
| ANTHONY DAVID CRESPO, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the three-page document pertaining to defendant Anthony Crespo, and United States's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: August 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge