IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-00044 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASING PERSON IN CUSTODY |
| ANTHONY CRESPO, ) | |
| Defendant. ) | |

To the UNITED STATES MARSHALL:

Since Defendant Anthony Crespo was sentence on August 25, 2017, for the amount of prison time he has served, you shall release Defendant Anthony Crespo from custody in this case as soon as he can released on the date this order is signed.

Dated: August 25, 2017

Garland E. Burrell, Jr.
United States District Judge

— file copy — served on USM in court

1