HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANTHONY DAVID CRESPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-044 KJM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO WAIVE PRELIMINARY HEARING AND SET FOR ADMIT/DENY |
| v. | |
| ANTHONY DAVID CRESPO, | Date: May 4, 2021 |
| Defendant. | Time: 9:00 a.m. Judge: Kimberly J. Mueller |

Mr. Anthony David Crespo, through counsel, Assistant Federal Defender Noa Oren, hereby waives his right to preliminary hearing.

It is hereby stipulated by and between Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Assistant Federal Defender Noa Oren, attorney for Anthony David Crespo, that the preliminary hearing scheduled for May 4, 2021 be vacated and that the above-captioned case be set for an admit/deny hearing on July 12, 2021 at 9:00 a.m. U.S. Probation Officer Becky Fidelman is available to appear at that time.

DATED: April 27, 2021                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Noa Oren*
                                         NOA OREN
                                         Assistant Federal Defender
                                         Attorney for ANTHONY DAVID CRESPO

DATED:  April 27, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ Justin Lee
                                          JUSTIN LEE
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Crespo's preliminary hearing on May 4, 2021 is vacated and his admit/deny hearing is set for July 12, 2021.

DATED: April 28, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE