UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Kimberly J. Mueller**
**Chief United States District Judge**
Sacramento, California

RE: **Anthony David Crespo**
    **Docket Number:  0972 2:15CR00044-1**
    **Memo Requesting the Petition filed on April 13, 2021 be Dismissed and the Defendant be Released to State Custody**

Your Honor:

A Petition for Warrant or Summons was filed with the Court on April 13, 2021 alleging New Law Violations and Failing to Notify Probation of Arrest.  Mr. Crespo self-surrendered on this warrant on April 19, 2021.  Since that time, the defendant has been screened and selected to participate in the Rio Consumes Correctional Center Reentry Program (RCCC).  He was assessed as "Very High Risk" and the recommendation would be for him to complete 300 dosage hours of treatment.  According to the RCCC's risk assessment tool, Crespo poses a 61% likelihood of recidivism.  Reentry Deputies from Sacramento County Sheriff's Department are recommending Crespo be admitted in their HALT program which would include programming such as: Intro to Recovery, Relapse Prevention, Living in Balance, Thinking for a Change, Courage to Change, Parenting, Co-Occurring Treatment and Beyond Trauma.  The reentry services deputy believes Crespo would benefit from education on behavior change surrounding antisocial patterns, creating positive support network through prosocial companions, denial, and working through grief and childhood trauma as well as substance abuse counseling.

The Assistant United States Attorney, the Assistant Federal Defender, and the Probation Officer all agree this program would benefit Mr. Crespo and give him the best opportunity for long-term success.  In order for the defendant to participate in this program, he would need to be released from federal custody.  He is still pending new state charges but can participate in this program while in state custody.

It is respectfully recommended Your Honor dismiss the petition filed on April 13, 2021 and continue Crespo on Supervised Release.  His term of supervision is set to expire on April 22, 2022.  If he fails to participate in the RCCC program, formal violation proceedings can be initiated at the time of the violation.  However, if he completes the RCCC program in good standing, it is

RE: **Anthony David Crespo**
**Docket Number:   0972 2:15CR00044-1**
**Dismiss the Petition filed on April 13, 2021 and Release the Defendant**

recommended that his term of supervised release be continued upon his release from state custody with no further adverse action.

|  **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *[signature]* | *[signature]* |
| **Rebecca A. Fidelman** | **Michael K. McFarland** |
| Sr. United States Probation Officer | Supervising United States Probation Officer |

**Dated:**   August 25, 2021
            Sacramento, California

## ORDER OF THE COURT

**THE COURT ORDERS:**
The Petition filed on April 13, 2021, be dismissed and Mr. Crespo be released from federal custody to participate in the RCCC program and be continued on supervised release upon his release from state custody.

☒   Approved         ☐   Disapproved

August 25, 2021.                               _____
**Date**                                       CHIEF UNITED STATES DISTRICT JUDGE

cc:   Justin Lee
      Assistant United States Attorney

      Noa Oren
      Defense Counsel